**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-1116**

---

JERRY L. LOVETT,

       Plaintiff – Appellant,

    v.

DR. JAMES B. PEAKE, Secretary, Department of Veterans
Affairs,

       Defendant – Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge.  (3:08-cv-00384-REP)

---

Submitted:  August 31, 2009      Decided:  October 14, 2009

---

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerry L. Lovett, Appellant Pro Se.  Jonathan Holland Hambrick,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry L. Lovett appeals the district court's order granting summary judgment to Defendant in this action alleging race and age discrimination in employment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lovett v. Peake, No. 3:08-cv-00384-REP (E.D. Va. Jan. 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED